**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES**

Case No: **24-1058**                Case Manager: _____

Case Name: **Estate of Ali Naji v. City of Dearborn, et. al.** _____

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
   Case Name: _____ Citation: _____
   Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

| |
|---|
| **The appeal is being taken against City of Dearborn and Cpl. Timothy Clive. Issue being raised is whether there was a question of fact as to qualified immunity.** |

**This is to certify that a copy of this statement was served on opposing counsel of record this __13__ day of**

_____ **February** , **2024** ___ .          **/s/Amir Makled** _____
                                                          Name of Counsel for Appellant

6CA 53
Rev. 6/08