**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 19, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

Re:  Case No. 24-1058, *Hussein Naji v. City of Dearborn, MI, et al*
     Originating Case No. 4:23-cv-10521

Dear Ms. Essix,

   Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Virginia Padgett, Case Manager

cc:  Mr. Gary K. August
     Mr. Cyril C. Hall
     Mr. Michael Clayton Lewis
     Mr. Amir I. Makled

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-1058

_____

Filed: November 19, 2024

HUSSEIN NAJI, Personal Representative of the Estate of Ali Naji

      Plaintiff - Appellant

v.

CITY OF DEARBORN, MI

      Defendant - Appellee

TIMOTHY CLIVE, Corporal

      Defendant - Appellee

 and

JOHN DOE, Officer

      Defendant

## MANDATE

Pursuant to the court's disposition that was filed 10/28/2024 the mandate for this case hereby issues today.

COSTS:  None